# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

JUL 2 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| RUBEN ALVAREZ-CARILLO, JORGE SAUCEDA, AND JUANA HERNANDEZ-VASQUEZ | § § § § | |
| VS. | § § | CIVIL ACTION NO. B-04-122 |
| FRENCHMAN VALLEY PRODUCE, INC. AND TAMMY MAY | § § § | |

TYPE OF CASE:  __X__ CIVIL      ____ CRIMINAL

TAKE NOTICE that the proceeding in this case has been continued as indicated below:

TYPE OF PROCEEDING:

**INITIAL PRETRIAL CONFERENCE**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME PREVIOUSLY SCHEDULED:

**AUGUST 5, 2004 AT 1:30 P.M.**

CONTINUED TO DATE AND TIME:

**SEPTEMBER 21, 2004 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:  JULY 20, 2004

TO:  MR. RODOLFO SANCHEZ
     MR. NATHANIEL CARTWRIGHT NORTON
     MS. JENNIFER LEA SMITH