5




# CHASE COUNTY SHERIFF'S DEPARTMENT

921 Broadway P.O. Box 102
Imperial, Ne. 69033
Phone 308-882-4748
Fax 308-882-5679

Tim C. Sutherland
Sheriff

B-04-CV-122

United States District Court
Southern District
FILED

AUG 0 3 2004

Michael N. Milby
Clerk of Court

## RETURN FOR SERVICE

*Case File #::* B - 04 - 122 *Sheriffs #::* CP 04 - 181

*Plaintiff:* Ruben Alvarez-Carillo, Jorge Sauceda, Juana Hernandez-Vasquez

vs

*Defendant:* Frenchman Valley Produce, Inc. and Tammy May

*Court/Address:* United States District Court Southern District of Texas
01:
02:

I, Tim C. Sutherland, SHERIFF in and for said county and state, do hereby certify that I have received the following papers to wit
1: Summons
2:
on the date of: 07-20-2004 and that I served the same papers on the date of: 07-22-2004
at the hour of: 0:00, with in the County of Chase, State of Nebraska.

*Person Served: Tammy May*

I served the party named in this action as the person served the copies named here in by the following means: Personal Service Such service was conducted at the following address: Frenchman Valley Produce, East Highway '6', Imperial, NE 69033

| SHERIFF'S FEES | | SERVICE NOTES | |
|---|---|---|---|
| Service : | $2.50 | a: | |
| Return : | $5.00 | b: | |
| Copy : | | c: | |
| Milage : | | d: | |
| Other : | | | |
| Total: | $7.50 | | |

Officer: Robert S McBride 9722 Rank: Deputy Sheriff

Chase County Sheriff's Department
921 Broadway, P.O. Box 102
Imperial, Ne. 69033-0102

I am a Nebraska Sheriff and I certify that the foregoing is true and correct.

Tim C. Sutherland, Sheriff
County of Chase
State of Nebraska

by, ______________________ Sheriff

by, [signature] 9722 Deputy