

## CHASE COUNTY SHERIFF'S DEPARTMENT

921 Broadway   P.O. Box 102
Imperial, Ne. 69033
Phone 308-882-4748
Fax 308-882-5679

B-04-CV-122

Tim C. Sutherland
Sheriff

Bill Whitlow
Chief Deputy

United States District Court
Southern District of Texas
FILED

AUG 0 3 2004

Michael N. Milby
Clerk of Court

### RETURN FOR SERVICE

Case File #:: B-04-122              Sheriffs #:: CP04-180

*Plaintiff:* Ruben Alvares-Caarillo, Jorge Sauceda, Juana Hernandez-Vasquez

VS

*Defendant:* Frenchman Valley Produce, Inc. & Tammy May

*Court/Address:* U.S. District Court Southern Districe of Texas
01:
02:

I, Tim C. Sutherland, SHERIFF in and for said county and state, do hereby certify that I have received the following papers to wit
1: Summons
2:
on the date of:   July 20, 2004 and that I served the same papers on the date of:   July 22, 2004
at the hour of:   0:00, with in the County of Chase, State of Nebraska.

*Person Served:* Tim May

I served the party named in this action as the person served the copies named here in by the following means: Personal Service           Such service was conducted at the following address: Frenchman Valley Produce, Imperial, Ne. 69033

| SHERIFF'S FEES | | SERVICE NOTES | |
|---|---|---|---|
| Service : | $10.00 | a: | |
| Return : | $5.00 | b: | |
| Copy : | | c: | |
| Milage : | $0.50 | d: | |
| Other : | | | |
| Total: | $15.50 | | |

Officer: B. Whitlow, 9721                    Rank: Chief Deputy

Chase County Sheriff's Department        I am a Nebraska Sheriff and I certify that
921 Broadway, P.O. Box 102               the foregoing is true and correct.
Imperial, Ne. 69033-0102
                                         Tim C. Sutherland, Sheriff
                                         County of Chase
                                         State of Nebraska

by,_____ Sheriff

by, B. Whitlow 9721
_____ Deputy