UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 0 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| Ruben Alvarez-Carillo, Jorge Sauceda, and Juana Hernandez-Vasquez <br><br> Plaintiffs, <br><br> v. <br><br> Frenchman Valley Produce, Inc. and Tammy May, <br><br> Defendants. | CIVIL ACTION NO. B-04-122 <br><br> JURY TRIAL REQUESTED |

**DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW FRENCHMAN VALLEY PRODUCE, INC. and TAMMY MAY, Defendants, and files their Certificate of Interested Parties, and in support thereof would respectfully show as follows:

Interested parties include:

1. Ruben Alvarez-Carillo

2. Jorge Sauceda

3. Juana Hernandez-Vasquez

4. Frenchman Valley Produce, Inc.

5. Tammy May.

1

Dated: September 8, 2004

Respectfully submitted,

*Harvey Ferguson, Jr.* (with permission read)
Harvey Ferguson, Jr.
State Bar No. 06913500
Federal ID No. 8417

Attorney in Charge Defendants Frenchman Valley Produce, Inc. and Tammy May

**OF COUNSEL:**

Rudy Gonzales, Jr.
State Bar No. 08121700
Federal ID No. 1896
Roberta Dohse
State Bar No. 05955400
Federal ID No. 14487
**Gonzales Hoblit Ferguson, LLP**
Frost Bank Plaza
802 N. Carancahua, Suite 2000
Corpus Christi, Texas 78470
(361) 888-9392 (Telephone)
(361) 888-9187 (Facsimile)

**Gonzales Hoblit Ferguson, LLP**
One Riverwalk Place
700 N. St. Mary's Street, Suite 1800
San Antonio, Texas 78250
(210) 224-9991 (Telephone)
(210) 226-1544 (Facsimile)

ATTORNEYS FOR DEFENDANTS FRENCHMAN VALLEY PRODUCE, INC. AND TAMMY MAY

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing Plaintiff's Initial Rule 26 Disclosures has been forwarded by U.S. Postal Service, certified mail, return receipt requested, on this the 8 day of September, 2004, to all counsel of record as follows:

Nathaniel Norton
Jennifer Smith
Rodolfo D. Sanchez
300 South Texas
Weslaco, TX 78596
*Via Certified Mail/RRR*
*and Via Facsimile: (956) 968-8823*