United States District Court
Southern District of Texas
**FILED**

SEP 2 2 2004

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE

CIVIL ACTION NO. B-04-122          DATE & TIME: 09-21-04 AT 1:30 P.M.

RUBEN ALVAREZ-CARILLO, ET AL.      PLAINTIFF(S)    JENNIFER LEA SMITH
                                   COUNSEL         NATHANIEL NORTON
                                                   RODOLFO D. SANCHEZ
VS.

FRENCHMAN VALLEY PRODUCE, INC.     DEFENDANT(S)    HARVEY FERGUSON, JR.
ET AL.                             COUNSEL

---

CSO: Willie Canat
ERO: Bertha Vasquez
Law Clerk: Eugenia Ponce

Attorneys Nathaniel Norton & Roberta Dohse in lieu of Harvey Ferguson appeared.

Parties will submit an agreed scheduling order to be submitted in October.