UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 28 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| Ruben Alvarez-Carillo, Jorge Sauceda, and Juana Hernandez-Vasquez | § § § | |
| Plaintiffs, | § § | |
| | § | CIVIL ACTION NO. B-04-122 |
| v. | § § | |
| Frenchman Valley Produce, Inc. and Tammy May, | § § § | JURY TRIAL REQUESTED |
| Defendants. | § § | |

### DEFENDANTS' INITIAL RULE 26 DISCLOSURES

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Defendants Frenchman Valley Produce, Inc. and Tammy May, and pursuant to Rule 26, Federal Rules of Civil Procedure, files this their Initial Disclosures and in support thereof would respectfully show as follows:

**Rule 26(a)(1)(A): The name and, if known the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying all subjects of the information.**

1. Mr. Ruben Alvarez Carrillo
   6785 Atascosa Drive
   Brownsville, Texas 78521
   T: (956) 867-6940

   Mr. Carrillo is a Plaintiff in the lawsuit.

2. Mr. Jorge Sauceda
   217 W. 1st St.
   Brownsville, Texas 78520
   (956) 504-0271

   Mr. Sauceda is a Plaintiff in the lawsuit.

1

3.  Ms. Juana Hernandez-Vasquez
    935 E. 13th St., Apt. A
    Brownsville, Texas 78570
    T: (956) 541-8124

    Mr. Hernandez-Vasquez is a Plaintiff in the lawsuit.

4.  Mrs. Tammy May
    Frenchman Valley Produce, Inc.
    P.O. Box 879
    Imperial, Nebraska 69033
    T: (308) 882-4243

    Mrs. May is a defendant in the lawsuit. She has knowledge of the business operations of Defendants, the Defendants' compliance with federal regulations and statutory requirements related to the hiring of agricultural workers, the application and procedural steps undertaken in connection with the jobs that are at issue in this suit, Defendants' communications with the Texas Workforce Commission and other issues related to the interview process conducted with Plaintiffs.

5.  Mr. Tim May, President
    Frenchman Valley Produce, Inc.
    P.O. Box 879
    Imperial, Nebraska 69033
    T: (308) 882-4243

    Mr. May is the President of Frenchman Valley Produce, Inc. He has knowledge of the business operations of Defendants, the Defendants' compliance with federal regulations and statutory requirements related to the hiring of agricultural workers, the procedural steps undertaken in connection with the jobs that are at issue in this suit. He may have some information related to the interview process conducted with Plaintiffs. He is also familiar with the subsequent investigation conducted by the Nebraska Workforce Development Commission and its outcome.

6.  Gloria Hubbard
    Frenchman Valley Produce, Inc.
    P.O. Box 879
    Imperial, Nebraska 69033
    T: (308) 882-4243

7.  Cindy Acton
    34113 Road 724
    Wauneta, NE 69045
    (308) 394-5178

The foregoing are either current or former employees of Frenchman Valley Produce who have information relating to the issues involved in this suit, including business operations of Defendants, the Defendants' compliance with federal regulations and statutory requirements related to the hiring of agricultural workers, the procedural steps undertaken in connection with the jobs that are at issue in this suit, the events occurring on the initial date of work and Plaintiffs' failure to timely appear and report for that work.

8. Mr. Armando Perez
   State Monitor Advocate
   Migrant & Seasonal Farm Workers (MSFW)
   Office of Workforce Services
   Nebraska Workforce Development, Department of Labor
   5404 Cedar Street
   Omaha, NE 68106
   Telephone: (402) 595-3034

   Mr. Perez has knowledge of the complaints filed by Plaintiffs with the Department of Labor in 2003, and the subsequent investigation conducted by the Nebraska Workforce Development and the United States Department of Labor pertaining to the job services complaints filed by Plaintiffs. He also has knowledge of the procedures to be used to secure H2A workers and the duties or obligations owed to as well as owed by any such H2A workers.

9. Mr. Thomas A. Ukinski
   Nebraska Workforce Development Nebraska Department of Labor
   Foreign Labor Certification Unit
   550 South 16th St.
   Lincoln, NE 68509-4600
   Telephone: (402) 471-9912

   Mr. Ukinski has knowledge of the investigation conducted by the Nebraska Workforce Development and the United States Department of Labor pertaining to the job services complaints filed by Plaintiffs. He also has knowledge of the procedures to be used to secure H2A workers and the duties or obligations owed to as well as owed by any such H2A workers. He has knowledge of whether or not Plaintiffs made any telephone calls to communicate any information with respect to their anticipated time of arrival.

10. Ms. Madhavi Bhadbhade
    Nebraska Workforce Development Nebraska Department of Labor
    Foreign Labor Certification Unit
    550 South 16th St.
    Lincoln, NE 68509-4600
    Telephone:(402) 471-2693

Ms. Bhadbhade has knowledge of the investigation conducted by the Nebraska Workforce Development and the United States Department of Labor pertaining to the job services complaints filed by Plaintiffs. She has extensive knowledge of the efforts undertaken by Defendants to comply with federal regulations and statutory requirements related to the hiring of agricultural workers, including H2A workers, and the procedural steps undertaken in connection with those jobs, including the jobs that are at issue in this suit.

11. Susana De La Llata ("Susie Benavides")
    Texas Workforce Commission
    851 Old Alice Rd
    Brownsville, Texas 78520-8551
    T: (956) 546-3141

    Ms. De La Llata has knowledge of the facts pertaining to the job interview process involving Plaintiffs and Defendants. She assisted with job interviews and applicants, including some or all of the Plaintiffs in this suit.

12. Rosalinda Zarate
    Texas Workforce Commission
    851 Old Alice Rd
    Brownsville, Texas 78520-8551
    T: (956) 546-3141

    Ms. Zarate has knowledge of the facts pertaining to the job interview process involving Plaintiffs and Defendants. She assisted with job interviews and applicants for the same jobs that are at issue in this suit. The applicants she assisted did timely report for the work in issue.

13. Other Co-workers of Susana De La Llata ("Susie Benavides")
    Texas Workforce Commission
    851 Old Alice Rd
    Brownsville, Texas 78520-8551
    T: (956) 546-3141

    Additional co-workers of Ms. De La Llata may have knowledge of the facts pertaining to the job interview process involving Plaintiffs and Defendants.

Defendants would also adopt and incorporate by reference any person identified by any other party to this litigation as having knowledge of relevant facts. Defendants reserve the right to elicit expert testimony from any individual having knowledge of relevant facts. Defendants

will supplement the foregoing information as may be appropriate in accord with the Federal Rules.

**Rule 26(A)(1)(B): a copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession custody, or control of that party that are relevant to disputed facts alleged with particularity in the pleadings.**

Categories of documents that may be relevant to this suit include the various materials filed by Frenchman Valley Produce with the Department of Labor, including the application for Alien Employment certification and related materials, job information and notices provided to the Texas Workforce Commission and prospective workers, materials provided to the Nebraska Workforce Development in conjunction with the investigation of Plaintiffs' complaints, Plaintiffs' complaints, and any additional materials that may reflect the factual development of this matter.

Defendants are currently reviewing all documents in its possession. However, once relevant documents are identified they will be made available for inspection and copying upon reasonable notice, during regular business hours, at the offices of counsel for Defendants: Gonzales Hoblit & Ferguson, LLP, One Riverwalk Place, 700 N. St. Mary's Street, Suite 1800, San Antonio, Texas 78250

**Rule 26(a)(1)(C): a computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

At this time, Defendants have asserted no claims against Plaintiffs that would enable Defendants to recover damages.

**Rule 26(a)(1)(D):** **for inspection and copying as under rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

The copy of the declaration page for the applicable liability insurance for Defendants is attached hereto.

                Respectfully submitted,

                */s/ Harvey Ferguson* By permission rsd
                Harvey Ferguson, Jr.
                State Bar No. 06913500
                Federal ID No. 8417

**OF COUNSEL:**

Rudy Gonzales, Jr.
State Bar No. 08121700
Federal ID No. 1896
Roberta Dohse
State Bar No. 05955400
Federal ID No. 14487
**Gonzales Hoblit Ferguson, LLP**
Frost Bank Plaza
802 N. Carancahua, Suite 2000
Corpus Christi, Texas 78470
(361) 888-9392 (Telephone)
(361) 888-9187 (Facsimile)

Attorney in Charge Defendants Frenchman Valley Produce, Inc. and Tammy May

**Gonzales Hoblit Ferguson, LLP**
One Riverwalk Place
700 N. St. Mary's Street, Suite 1800
San Antonio, Texas 78250
(210) 224-9991 (Telephone)
(210) 226-1544 (Facsimile)

ATTORNEYS FOR DEFENDANTS FRENCHMAN VALLEY PRODUCE, INC. AND TAMMY MAY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiff's Initial Rule 26 Disclosures has been forwarded in the manner indicated below on this the _____ day of September, 2004, to all counsel of record as follows:


Nathaniel Norton
Jennifer Smith
Rodolfo D. Sanchez
300 South Texas
Weslaco, TX 78596
*Via Certified Mail/RRR*
*and Via Facsimile: (956) 968-8823*


_____
Roberta S. Dohse



EMPLOYMENT PRACTICES LIABILITY INSURANCE
DECLARATIONS

THIS POLICY PROVIDES CLAIMS MADE AND REPORTED COVERAGE. DEFENSE COSTS APPLY AGAINST THE LIMITS OF INSURANCE AND ARE SUBJECT TO THE DEDUCTIBLE STATED.

Policy No. 698730067

Mid-Century Insurance Company
Producer Number 12-07-344

1. **NAMED INSURED:** FRENCHMAN VALLEY PRODUCE, INC.

2. **MAILING ADDRESS:**
   Street         PO BOX 879
   City, State, Zip   IMPERIAL, NE 69033

3. **POLICY PERIOD:** From: August 20, 2003   To: August 20, 2004   at 12:01 A.M. Standard Time at your mailing address

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL TERMS OF THIS POLICY, WE AGREE TO PROVIDE YOU WITH THE INSURANCE COVERAGE STATED IN THIS POLICY.

4. **LIMITS OF INSURANCE:**

   Policy Aggregate Limit      $500,000

   Each "Claim" Limit          $500,000

5. **DEDUCTIBLE:**

   Each "Claim":               $10,000

6. **COINSURANCE PARTICIPATION:** 0%    Subject to a Maximum of: N/A

7. **PREMIUM:**                 $5,002

8. **RETROACTIVE DATE:**

   Retroactive Date: January 1, 1992    (Enter date or "none" if no retroactive date. If left blank, the entry will be Deemed the same as "From" in item 3 above.)

9. **FORM OF BUSINESS:**

   Individual _____  Limited Liability Company _____  Partnership _____  Joint Venture _____
   Organization (Other Than Limited Liability Company, Partnership or Joint Venture) __X__

10. **FORMS AND ENDORSEMENTS OF THE POLICY**

    E2100, 1st Ed.; Claims Reporting Endorsement; S1249

COUNTERSIGNED BY: _____    DATE: 8-18-03
                  (Authorized Representative)

S1-2101, 1st Edition  1/99                                                Page 1 of 1