UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Ruben Alvarez-Carillo, <br> Jorge Sauceda, and <br> Juana Hernandez-Vasquez <br><br> Plaintiffs, <br><br> *versus* <br><br> Frenchman Valley Produce, Inc. and <br> Tammy May <br><br> Defendants. | § § § § § § § § § § § § § | Civil Action No. B-04-122 |

## AGREED SCHEDULING ORDER

The parties agree to the following schedule:

1. **Plaintiffs' Experts:**            May 15, 2005

   Plaintiffs' expert disclosures shall be made by this date.

2. **Defendants' Experts:**            June 15, 2005

   Defendants' expert disclosures shall be made by this date.

3. **New Parties:**            June 30, 2005

   Additional parties shall be joined, with leave of Court, by this date. The attorney causing the addition of a new party will provide such party with a copy of this order.

4. **Motion for Extension:**            July 15, 2005

   Motions for extension of time to complete discovery shall be filed by this date.

5. **Discovery:**            July 15, 2005

   All discovery shall be completed by this date unless the parties have agreed in writing to extend this deadline or the Court has granted a motion for extension. Written discovery requests are not timely if responses thereto would not be due until after this deadline.

6. **Amendments to Pleadings:**        July 25, 2005

   Pleading amendments, with leave of Court if required by the Federal Rules of Civil Procedure, shall be made by this date.

7. **Motions Deadline:**        September 19, 2005

   All other pretrial motions, including dispositive motions and <u>Daubert</u> motions to strike expert testimony, must be filed by this date. Motions in limine may be filed with the joint pretrial order.

8. **Motions Hearing:**        _____

9. **Joint Pretrial Order:**        October 17, 2005

   A joint pretrial order in the form prescribed by Appendix B of the Local Rules shall be filed by this date.

10. **Final Pretrial Conference:**        _____


Done at Brownsville, Texas on this _____ day of _____, 2004.


_____
THE HONORABLE JOHN WM. BLACK
UNITED STATES MAGISTRATE JUDGE

Agreed to by:  _____   10/25/04
                      Roberta Dohse                         date
                      Attorney for Defendants

                      _____   10/25/04
                      Nathaniel Norton                     date
                      Attorney for Plaintiffs