United States District Court
Southern District of Texas
FILED

MAR 0 3 2005

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RUBEN ALVAREZ-CARILLO, JORGE SAUCEDA, AND JUANA HERNANDEZ-VASQUEZ | § § § § | |
| PLAINTIFFS, | § § | CIVIL ACTION No. B-04-122 |
| v. | § § | |
| FRENCHMAN VALLEY PRODUCE, INC., AND TAMMY MAY | § § § | JURY TRIAL REQUESTED |
| DEFENDANTS. | § § | |

### DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW AS ATTORNEY-IN-CHARGE AND DESIGNATION OF NEW ATTORNEY-IN-CHARGE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES HARVEY FERGUSON, JR., attorney-in-charge for Defendants FRENCHMAN VALLEY PRODUCE, INC. and TAMMY MAY and asks the Court to allow him to withdraw as attorney-in-charge and to designate N. MARK RALLS as the new attorney-in-charge for Defendants above, in the above styled and numbered cause, and in support thereof would show unto the Court as follows:

I.

This Motion to Withdraw as Attorney-in-Charge and to Designate a new Attorney-in-Charge is not brought for purposes of delay.

II.

Defendants move that Attorney N. MARK RALLS of Gonzales Hoblit Ferguson, L.L.P. be allowed to substitute for Attorney HARVEY FERGUSON, JR. for the purposes of this case. N. MARK RALLS will be designated as the attorney-in-charge for Defendants FRENCHMAN

VALLEY PRODUCE, INC. and TAMMY MAY. Mr. Ralls is licensed to practice in the Southern District of Texas. His contact information is as follows:

> GONZALES HOBLIT FERGUSON LLP
> N. Mark Ralls
> Federal Bar No. 24392
> State Bar No. 16489200
> 700 North St. Mary's Street, Suite 1800
> San Antonio, Texas 78205
> (210) 224-9991 [telephone]
> (210) 226-1544 [telecopier]
> mralls@ghf-lawfirm.com

### III.

All parties are in agreement with the withdrawal and the designation.

WHEREFORE, PREMISES CONSIDERED, HARVEY FERGUSON, JR. and N. MARK RALLS respectively request the Court allow the withdrawal of the former and the designation of the latter as the attorney-in-charge for the Defendants, FRENCHMAN VALLEY PRODUCE, INC. and TAMMY MAY, and for such other and further relief, both general and special, at law or in equity, to which they are entitled

> Respectfully submitted,
>
> GONZALES HOBLIT FERGUSON LLP
> One Riverwalk Place, Suite 1800
> 700 N. St. Mary's Street
> San Antonio, Texas 78205
> Telephone: (210) 224-9991
> Telecopier: (210) 226-1544
>
> By: _____
> Harvey Ferguson, Jr.
> State Bar No. 06913500
> Federal I.D. No. 8417

**ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on this __28__ day of February, 2005, a true and correct copy of the above and foregoing Defendants' *Motion to Withdraw as Attorney-in-Charge and Designate New Attorney-in-Charge* was sent by certified mail, return receipt requested, to the following counsel of record:

Nathaniel Norton
Jennifer Smith
Rodolfo D. Sanchez
300 South Texas
Weslaco, TX 78596
*Via Certified Mail/RRR*

_____
HARVEY FERGUSON, JR.