UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Ruben Alvarez-Carillo, Jorge Sauceda, and Juana Hernandez-Vasquez | § § § § | |
| Plaintiffs, | § § | CIVIL ACTION No. B-04-122 |
| v. | § § § | |
| Frenchman Valley Produce, Inc. and Tammy May, | § § § § | |
| Defendants. | § | |

### ORDER ON DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW AS ATTORNEY-IN-CHARGE AND DESIGNATION OF NEW ATTORNEY-IN-CHARGE

On the _____ day of _____, 2005, came on to be considered the Motion of **HARVEY FERGUSON, JR.** to Withdraw as Attorney-in-Charge and Designation of **N. MARK RALLS** as the New Attorney-in-Charge in the above styled and numbered cause, and the Court finds the Motion is not taken for purposes of delay and is unopposed.

IT IS ACCORDINGLY ORDERED, that **HARVEY FERGUSON, JR.** is GRANTED permission to withdraw as Attorney-in-Charge for DEFENDANTS **FRENCHMAN VALLEY PRODUCE, INC. and TAMMY MAY**, and that **N. MARK RALLS** is designated as Attorney-in-Charge for DEFENDANTS above, for any and all purposes.

SIGNED this _____ day of _____, 2005.

_____
**UNITED STATES DISTRICT JUDGE**