LAW OFFICE OF
**=LSC**     **TEXAS RIOGRANDE LEGAL AID, INC.**
WESLACO
300 SOUTH TEXAS BLVD
WESLACO, TX 78596
TELEPHONE (956) 968-6574 TOLL FREE (800) 369-0574
FAX (956) 968-8823

<u>Via Fax and CM/RRR</u>

February 18, 2005

Harvey Ferguson, Jr.        <u>*Via CM/RRR#: 7002 2030 0005 5870 6289*</u>
Gonzalez Hoblit Ferguson, L.L.P.
One Riverwalk Place
700 N. St. Mary's Street, Suite 1800
San Antonio, TX 78205

     Re:     Alvarez-Carillo et al. v Frenchman Valley Produce, Inc. and Tammy May

Dear Mr. Ferguson:

     I am responding to your letter of February 1, 2005, which responded to our letter to you concerning the discovery dispute over your clients' responses to written discovery requests submitted to them. Although you agree to supplement some responses by the second day of March, there are several refusals to respond that we will pursue with a motion to compel.

     The purpose of this letter is to identify such requests for you so you can either disabuse us of our misunderstanding, in the event all *responsive* documents have already been provided, or reconsider your refusals prior to court intervention. I will not in this letter seek to convince you of the appropriateness of our discovery of this material; we have discussed this back and forth by mail. Should you not understand our position on the pertinence of any of these requests or questions to the discovery of admissible evidence, please call me immediately.

### <u>Frenchman Valley Produce, Inc. and Tammy May</u>

     Interrogatory No. 1: Your response is that "all relevant documents were listed and described." We take this mean that of the documents that are *responsive* to this request, those that you believe are *relevant* were described; those you believe are not relevant were not identified or described. We will move to compel a complete response to this interrogatory. If all *responsive* documents have been identified and described, please advise me so we do not waste the Court's and our time.

     Interrogatory No. 4: This question was not limited to non-H-2A workers; it covers all workers in the 2003 harvest. We will move to compel a complete response.

     Request For Production No. 8: We will move to compel a complete response to this request. In the unlikely event that no documents other than those already provided exist, showing, as one example, the hours worked by each worker on July 18, 2003, the identities

**EXHIBIT G**

of each of those workers, their addresses or other contact information, and/or when they were hired, and whether such workers were H-2A workers, please advise me immediately.

Request For Production No. 14: We will move to compel a complete response to this request.

Request For Production No. 15: We will move to compel a complete response to this request. Again, we assume that documents responsive to this request are being withheld. Please advise if this is not so.

**Frenchman Valley Produce, Inc.**

Interrogatory No. 8: We will move to compel a complete response to this question.

Interrogatory No. 11: We will move to compel a response to this question.

Request For Production No. 20: We will move to compel a complete response to this request.

Request For Production No. 21: We will move to compel a complete response to this request.

**Tammy May**

Interrogatory No. 15: We will move to compel a complete response to this question.

Request For Production No. 21: We will move to compel a complete response to this request.

Request For Production No. 22: We will move to compel a complete response to this request.

Please note the likelihood that certain documents your client is withholding, such as complete payroll records for the 2003 harvest, are probably responsive to many of the above requests.

Finally, with one exception[1] and despite our previous request, in numerous instances you have still not told us whether you are withholding documents responsive to requests, where you have made objections but then provided certain documents. See, Frenchman Valley Produce's Responses to Requests 2,3,4,5,6,7,8,10,16,19,23,24, and Tammy May's Responses to Requests 2,3,5,6,7,8,10,16,20,23.

Please have your clients state with respect to each of these responses that "No other responsive documents are in the possession of this Defendant at this time." If you do not so

---

[1] In response to RFP No. 18, you properly stated "No other responsive documents are in the possession of this Defendant at this time."

2/18/2005
Page 3 of 3

state, we will assume responsive documents are being withheld and will also move to compel complete responses to these requests.

If clarification is needed or if you are willing to provide some or all of the outstanding responses, please contact me immediately. We will file our motion to compel during the first week in March.

Sincerely,

TEXAS RIOGRANDE LEGAL AID, INC.

Jennifer Smith
Attorney at Law