UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Ruben Alvarez-Carillo, Jorge Sauceda, and Juana Hernandez Vasquez § § § | | |
| Plaintiffs, § | CIVIL ACTION NO. B-04-122 | |
| v. § § | | |
| Frenchman Valley Produce, Inc. and Tammy May, § § § | JURY TRIAL REQUESTED | |
| Defendants. § | | |

### ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DISCOVERY

On this day came on to be considered Plaintiffs' Motion to Compel Discovery in the above-styled action. After due consideration, the Court FINDS that Plaintiffs are entitled to the relief sought pursuant to Fed.R.C.Pro. 37. Accordingly, the Court ORDERS:

a. that Defendant Frenchman Valley Produce, Inc. shall respond fully to Interrogatories 1, 4, 8, and 11;

b. that Defendant Tammy May shall respond fully to Interrogatories 1, 4, and 15;

c. that Defendant Frenchman Valley Produce, Inc.'s produce documents in response to Requests 8, 14, 15, 20, and 21;

d. that Defendant Tammy May's shall produce documents in response to Requests 8, 14, 15, 21, and 22;

e. that Defendant Frenchman Valley Produce, Inc's shall produce documents responsive to Requests 2, 3, 4, 5, 6, 7, 8, 10, 16, 19, 23, and 24, or, alternatively,

shall clarify whether responsive documents are being withheld to each of these requests; and,

 f. that Defendant Tammy May's shall produce documents responsive to Requests 2, 3, 4, 5, 6, 7, 8, 10, 16, 19, 23, and 24, or, alternatively, shall clarify whether responsive documents are being withheld to each of these requests.

The Court further ORDERS that these answers and documents shall be delivered by this date:_____. They shall be delivered to Plaintiffs' counsel at the offices of Texas RioGrande Legal Aid, Inc., 300 S. Texas Blvd., Weslaco, Texas 78596.

The Court further ORDERS Defendants to pay Plaintiffs their costs and fees incurred in resolving this discovery dispute.

Done in Brownsville, Texas, on this _____ day of _____, 2005.

_____
PRESIDING JUDGE