United States District Court
Southern District of Texas
ENTERED

MAR 0 7 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| Ruben Alvarez-Carillo, Jorge Sauceda, and Juana Hernandez-Vasquez § § § Plaintiffs, § § v. § § Frenchman Valley Produce, Inc. and Tammy May, § § Defendants. § § § § | CIVIL ACTION No. B-04-122 |

### ORDER ON DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW AS ATTORNEY-IN-CHARGE AND DESIGNATION OF NEW ATTORNEY-IN-CHARGE

On the 7th day of March, 2005, came on to be considered the Motion of **HARVEY FERGUSON, JR.** to Withdraw as Attorney-in-Charge and Designation of **N. MARK RALLS** as the New Attorney-in-Charge in the above styled and numbered cause, and the Court finds the Motion is not taken for purposes of delay and is unopposed.

IT IS ACCORDINGLY ORDERED, that **HARVEY FERGUSON, JR.** is GRANTED permission to withdraw as Attorney-in-Charge for DEFENDANTS **FRENCHMAN VALLEY PRODUCE, INC. and TAMMY MAY**, and that **N. MARK RALLS** is designated as Attorney-in-Charge for DEFENDANTS above, for any and all purposes.

SIGNED this 7th day of March, 2005.

_____
UNITED STATES DISTRICT JUDGE
MAGISTRATE