UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 9 2005

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| Ruben Alvarez-Carillo, Jorge Sauceda, and Juana Hernandez-Vasquez § § § | | |
| Plaintiffs, § § § | CIVIL ACTION No. B-04-122 | |
| v. § § | | |
| Frenchman Valley Produce, Inc. and Tammy May, § § § | JURY TRIAL REQUESTED | |
| Defendants. § § | | |

## DEFENDANT FRENCHMAN VALLEY PRODUCE, INC. AND TAMMY MAY'S UNOPPOSED MOTION FOR LEAVE TO AMEND ANSWER

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

**NOW COME** the DEFENDANTS, FRENCHMAN VALLEY PRODUCE, INC. and, TAMMY MAY, and file this Unopposed Motion For Leave To Amend their Answer, and in support thereof would show unto the Court as follows:

**I.**

Defendants' Unopposed Motion For Leave To File Amended Answer is filed within the deadline set by the Court's scheduling order, and therefore is timely.

**II.**

On or about July 18, 2004, Plaintiffs filed their Original Complaint against these Defendants alleging breach of contract and violations of the Agricultural Worker Protection Act ("AWPA") 29 U.S.C. §§ 1801, et. seq. Defendants timely denied these allegations.

### III.

On or about January 5, 2005, the U.S. Department of Labor provided Defendants' counsel with information responsive to a Freedom of Information Request, which indicated that Defendants are exempt from the ("AWPA") 29 U.S.C. §§ 1801, et. seq. as plead by Plaintiffs.

In view of the ruling from the Department of Labor, it is necessary for these Defendants to amend and add this exemption as an affirmative defense and specific denial. Defendants therefore seek leave to amend their Answer, and to file their First Amended Original Answer in the form attached hereto as Exhibit "A."

### IV.

Defendants' counsel has conferred with counsel for Plaintiffs, and Plaintiffs' counsel is unopposed to Defendants' motion herein

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully pray this Court grant Defendants' Motion For Leave to File their First Amended Original Answer, and for such other and further relief, both general and special, at law or in equity, to which Defendants may be justly entitled.

Respectfully submitted,

GONZALES HOBLIT FERGUSON LLP
One Riverwalk Place, Suite 1800
700 N. St. Mary's Street
San Antonio, Texas 78205
Telephone: (210) 224-9991
Telecopier: (210) 226-1544

By: _____
N. Mark Ralls
State Bar No. 16489200
Federal Bar No. 24392

Harvey Ferguson, Jr.
State Bar No. 06913500
Federal I.D. No. 8417

**ATTORNEYS FOR DEFENDANTS
FRENCHMAN VALLEY PRODUCE, INC.
AND TAMMY MAY**

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of March, 2005, a true and correct copy of the above and foregoing Defendants' *Motion for Leave to Amend Answer* was sent by Certified Mail, return receipt requested, to the following counsel of record:

Nathaniel Norton
Jennifer Smith
Rodolfo D. Sanchez
300 South Texas
Weslaco, TX 78596
*Via Certified Mail/RRR*

_____
N. MARK RALLS