## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | |
|---|---|
| Ruben Alvarez-Carillo, Jorge Sauceda, and Juana Hernandez-Vasquez § § § Plaintiffs, § § § v. § § Frenchman Valley Produce, Inc. and § Tammy May, § § Defendants. § § | CIVIL ACTION No. B-04-122 JURY TRIAL REQUESTED |

### ORDER GRANTING DEFENDANTS FRENCHMAN VALLEY PRODUCE, INC. AND TAMMY MAY'S UNOPPOSED MOTION FOR LEAVE TO AMEND ANSWER

ON THIS the _____ day of _____, 2005, came on to be heard Defendant FRENCHMAN VALLEY PRODUCE, INC. and TAMMY MAY'S Motion For Leave to file their First Amended Original Answer, and the Court having reviewed the moving papers, and response thereto, if any, and having determined the Motion was filed timely and is unopposed, finds it should be granted.

IT IS ACCORDINGLY ORDERED that Defendants Frenchman Valley Produce, Inc. and Tammy May are hereby granted leave to file their First Amended Original Answer in the form attached to the Motion For Leave to Amend Answer as Exhibit "A."

SIGNED this ____ day of _____ 2005.

_____
U.S. DISTRICT JUDGE