United States District Court
Southern District of Texas
**ENTERED**

MAR 1 4 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| Ruben Alvarez-Carillo, Jorge Sauceda, and Juana Hernandez-Vasquez | § § § § | |
| Plaintiffs, | § § | |
| v. | § § § | CIVIL ACTION No. B-04-122 |
| Frenchman Valley Produce, Inc. and Tammy May, | § § § | JURY TRIAL REQUESTED |
| Defendants. | § § | |

## ORDER GRANTING DEFENDANTS FRENCHMAN VALLEY PRODUCE, INC. AND TAMMY MAY'S UNOPPOSED MOTION FOR LEAVE TO AMEND ANSWER

ON THIS the 14th day of March, 2005, came on to be heard Defendant FRENCHMAN VALLEY PRODUCE, INC. and TAMMY MAY'S Motion For Leave to file their First Amended Original Answer, and the Court having reviewed the moving papers, and response thereto, if any, and having determined the Motion was filed timely and is unopposed, finds it should be granted.

IT IS ACCORDINGLY ORDERED that Defendants Frenchman Valley Produce, Inc. and Tammy May are hereby granted leave to file their First Amended Original Answer in the form attached to the Motion For Leave to Amend Answer as Exhibit "A."

SIGNED this 14 day of March 2005.

_____
U.S. ~~DISTRICT~~ JUDGE
MAGISTRATE