UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Ruben Alvarez-Carillo, Jorge Sauceda, and Juana Hernandez-Vasquez | § § § | |
| Plaintiffs, | § § | CIVIL ACTION No. B-04-122 |
| v. | § § | |
| Frenchman Valley Produce, Inc. and Tammy May, | § § § | JURY TRIAL REQUESTED |
| Defendants. | § § | |

### ORDER DENYING PLAINTIFFS' MOTION TO COMPEL DISCOVERY

ON THIS the _____ day of _____, 2005, the court considered Plaintiffs' Motion to Compel Discovery and Defendants' response thereto. The Court having reviewed the moving papers and the responses thereto, ACCORDINGLY ORDERED the following:

a. Deny Plaintiffs' Motion to Compel in its entirety;

b. In the alternative, if the Court does compel Defendants to produce some of the requested information, Defendants respectfully request the Court grants only these requests necessary for the needs of the case;

c. Protect the personal information of third-parties as it sees appropriate;

d. Alternatively, and without waver of Defendants' objections to production, reimburse Defendants for the reasonable expenses incurred in copying compelled items;

e. Such further relief as this Court decrees just and necessary.

SIGNED this ___ day of _____ 2005.

_____
U.S. DISTRICT JUDGE