## Frenchman Valley Produce, Inc.

*7-10-03*
*to*
*12-31-03*

| Employee | SS No. | Earnings 1/Rate | Total Hours |
|---|---|---|---|
| Acton, Cindy L | | Hourly Wage  10.00 | 1135.17 |
| Aguirre, E | | Hourly Wage  8.53 | 826.93 |
| Alvarez Sandoval, F | | Hourly Wage  8.53 | 1094.42 |
| Amaya, D | | Hourly Wage  8.53 | 578.64 |
| Amaya, J | | Hourly Wage  8.53 | 869.02 |
| Andavazo, C | | Hourly Wage  8.53 | 1038.85 |
| Andavazo, Ma | | Hourly Wage  8.53 | 1252.45 |
| Andrade, Je | | Hourly Wage  8.53 | 327.99 |
| Argueta, Er | | Hourly Wage  8.53 | 860.86 |
| Armendariz, Er | | Hourly Wage  8.53 | 525.43 |
| Bailey, C | | Hourly Wage  8.53 | 99.01 |
| Balderas-Maldonado, A | | Hourly Wage  8.53 | 1220.06 |
| Barnard, E | | Hourly Wage  9.00 | 309.88 |
| Barnard, T | | Hourly Wage  8.53 | 452.28 |
| Barron Galarza, Mr | | Hourly Wage  8.53 | 896.19 |
| Bonilla, Jc | | Hourly Wage  8.53 | 1133.65 |
| Brewer, Jr., T | | Hourly Wage  9.00 | 228.8 |
| Calderon, A | | Hourly Wage  9.00 | 1518.58 |
| Cantu, A | | Hourly Wage  8.53 | 1183.32 |
| Cantu, N | | Hourly Wage  8.53 | 1182.68 |
| Cardenas, G | | Hourly Wage  8.53 | 338.03 |
| Casarez, J | | Hourly Wage  8.53 | 477.28 |
| Castillo Hernandez, E | | Hourly Wage  8.53 | 478.45 |
| Ceron-Mellado, Rt | | Hourly Wage  8.53 | 197.37 |
| Chavez Rebolloza, B | | Hourly Wage  8.53 | 911.05 |
| Decker, R | | Hourly Wage  9.00 | 109.13 |
| Del Valle Quintana, Ec | | Hourly Wage  8.53 | 925.03 |
| Delgado, R | | Hourly Wage  8.53 | 82.82 |
| Fenster, S | | Hourly Wage  8.53 | 184.11 |
| Flores-Quezada, F | | Hourly Wage  8.53 | 326.02 |
| Fortkamp, R | | Hourly Wage  8.53 | 982.3 |
| Fregoso Meza, J | | Hourly Wage  8.53 | 803.41 |
| Fregoso, A | | Hourly Wage  8.53 | 9.03 |
| Fregoso, G | | Hourly Wage  8.53 | 813.75 |
| Fregoso, M | | Hourly Wage  8.53 | 1204.78 |
| Frias Lujan, E | | Hourly Wage  8.53 | 1010.49 |
| Frias, M | | Hourly Wage  8.53 | 1209.91 |
| Fuentes, A | | Hourly Wage  8.53 | 1232.69 |
| Fuentes, C | | Hourly Wage  8.53 | 430.69 |
| Fuentes, D | | Hourly Wage  8.53 | 221.48 |
| Galarza, R | | Hourly Wage  8.53 | 915.72 |

*Note*
*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 #*
*were given to #2*
*workers because th*
*computer won't exc*
*anybody without ss*

FVP-00123

**EXHIBIT**
**A**

10:13 AM
10/19/04

# Frenchman Valley Produce, Inc.
## Payroll Summary
### July 10 - 24, 2003

| | Acton, Cindy L | | | Aguirre, E | |
| --- | --- | --- | --- | --- | --- |
| | Hours | Rate | Jul 10 - 24, 03 | Hours | Rate |
| **Employee Wages, Taxes and Adjustments** | | | | | |
| Gross Pay | | | | | |
| Salary | | | 0.00 | | |
| Hourly Wage | 164.52 | 10.00 | 1,645.20 | 43.25 | 8.53 |
| Total Gross Pay | | | 1,645.20 | | |
| Adjusted Gross Pay | | | 1,645.20 | | |
| Taxes Withheld | | | 1,645.20 | | |
| Federal Withholding | | | | | |
| Medicare Employee | | | -107.00 | | |
| Social Security Employee | | | -23.86 | | |
| NE - Withholding | | | -102.00 | | |
| Total Taxes Withheld | | | -42.20 | | |
| Deductions from Net Pay | | | -275.06 | | |
| Child Support | | | | | |
| Employee Deduction #1 | | | 0.00 | | |
| Total Deductions from Net Pay | | | 0.00 | | |
| Net Pay | | | 0.00 | | |
| Employer Taxes and Contributions | | | 1,370.14 | | |
| Federal Unemployment | | | | | |
| Medicare Company | | | 0.00 | | |
| Social Security Company | | | 23.86 | | |
| NE - Unemployment Company | | | 102.00 | | |
| NE - State Unemp. Ins. Tax | | | 0.00 | | |
| Total Employer Taxes and Contributions | | | 0.00 | | |
| | | | 125.86 | | |

FVP-00395

12:56 PM
11/19/04

# Frenchman Valley Produce, Inc.
## Payroll Summary
### July 18 through October 11, 2003

| | Acton, C' Hours | Acton, C' Rate | Acton, C' Jul 18 - ... | Aguirre, E: Hours | Aguirre, E: Rate | Aguirre, E: Jul 18 - ... | Alvarez, S. Hours | Alvarez, S. Rate | Alvarez, S. Jul 18 - ... | Amaya, ... Hours |
|---|---|---|---|---|---|---|---|---|---|---|
| **Employee Wages, Taxes and Adjustments** | | | | | | | | | | |
| Gross Pay | | | | | | | | | | |
| Salary | | | 0.00 | | | 0.00 | | | 0.00 | |
| Hourly Wage | 587.3 | 10.00 | 5,873.00 | 724.17 | 8.53 | 6,177.17 | 729.67 | 8.53 | 6,224.08 | 477.7 |
| Total Gross Pay | | | 5,873.00 | | | 6,177.17 | | | 6,224.08 | |
| Deductions from Gross Pay | | | | | | | | | | |
| Emp Advances | | | 0.00 | | | 0.00 | | | 0.00 | |
| Total Deductions from Gross Pay | | | 0.00 | | | 0.00 | | | 0.00 | |
| **Adjusted Gross Pay** | | | 5,873.00 | | | 6,177.17 | | | 6,224.08 | |
| **Taxes Withheld** | | | | | | | | | | |
| Federal Withholding | | | -439.00 | | | -458.00 | | | -456.00 | |
| Medicare Employee | | | -85.16 | | | -89.57 | | | -90.25 | |
| Social Security Employee | | | -364.13 | | | -382.98 | | | -385.89 | |
| NE - Withholding | | | -167.98 | | | -200.08 | | | -204.06 | |
| Total Taxes Withheld | | | -1,056.27 | | | -1,130.63 | | | -1,146.19 | |
| **Deductions from Net Pay** | | | | | | | | | | |
| Child Support | | | 0.00 | | | 0.00 | | | 0.00 | |
| Employee Deduction #1 | | | 0.00 | | | 0.00 | | | 0.00 | |
| Employee Deduction #4 | | | 0.00 | | | 0.00 | | | 0.00 | |
| Wage Garnishment - Other | | | 0.00 | | | 0.00 | | | 0.00 | |
| Total Deductions from Net Pay | | | 0.00 | | | 0.00 | | | 0.00 | |
| **Net Pay** | | | 4,816.73 | | | 5,046.54 | | | 5,077.89 | |
| **Employer Taxes and Contributions** | | | | | | | | | | |
| Federal Unemployment | | | 0.00 | | | 49.42 | | | 49.79 | |
| Medicare Company | | | 85.16 | | | 89.57 | | | 90.25 | |
| Social Security Company | | | 364.13 | | | 382.98 | | | 385.89 | |
| NE - Unemployment Company | | | 0.00 | | | 277.97 | | | 280.08 | |
| NE - State Unemp. Ins. Tax | | | 0.00 | | | 0.00 | | | 0.00 | |
| **Total Employer Taxes and Contributions** | | | 448.29 | | | 799.94 | | | 806.01 | |

FVP-00434