UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Ruben Alvarez-Carillo, Jorge Sauceda, and Juana Hernandez-Vasquez § § § | | |
| Plaintiffs, § | | |
| § | CIVIL ACTION No. B-04-122 | |
| v. § | | |
| § | | |
| Frenchman Valley Produce, Inc. and Tammy May, § § | JURY TRIAL REQUESTED | |
| § | | |
| Defendants. § | | |

## ORDER GRANTING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

On the _____ day of _____, 2005, the court considered Defendants' Motion for Partial Summary Judgment in the above styled and numbered cause. The Court, having considered same, is of the opinion same should be Granted.

IT IS ACCORDINGLY ORDERED, ADJUDGED AND DECREED that Defendants Frenchman Valley Produce, Inc. and Tammy Mays' Motion for Partial Summary Judgment be and hereby is in all things GRANTED.

SIGNED this ___ day of _____ 2005.

_____
U.S. DISTRICT JUDGE