# EXHIBIT 4

Case 1:04-cv-00122   Document 21-4   Filed in TXSD on 05/06/2005   Page 1 of 9

## Agricultural and Food Processing Clearance Order

## U.S. Department of Labor
Employment and Training Administration

READ CAREFULLY: In view of the statutorily established basic function of the employment service as a no-fee labor exchange, that is, as a forum for bringing together employers and job seekers, neither ETA nor the State agencies are guarantors of the accuracy or truthfulness of information contained on job orders submitted by employers. Nor does any job order accepted or recruited upon by the JS constitute a contractual job offer to which the ETA or a State agency is in any way a party.

OMB Approval No. 1205-0134

**1. Industry Code**

**2. Job Order Number**

**3. Occupational Title and Code**
Packer, agricultural produce - 920.687-134

**4. Employer's Name and Address** (Number, Street, City, State, Zip Code, and Telephone Number)
Frenchman Valley Produce, Inc.
East Highway 6, P.O. Box 879, Imperial, NE 69033
(308) 882-4243

**5. Anticipated Period of Employment**
From: 7/14/2003    To: 10/11/2003

**6. Clearance Order Issue Date**    Job Order Expiration Date

**7. Preferred Crew Leader/Worker's Name and Address**
N/A

Social Security Number: N/A
Telephone Number: N/A

**Leader's Functions** — Yes / No
- Supervises
- Transports
- Pays
- Assumes OASI

**8. No. Type of Workers Requested**
Total Number: 20
No. Individual: 20
No. Family: 0

**9. Wage Rates, Special Pay Information and Deductions**

| Crop Activity | Flat Rate (i.e., hr. wk.) | Piece Rate | Unit | Est. Hourly Rate Equiv. | C/L Wage Rate |
|---|---|---|---|---|---|
| Packing potatoes | $8.53 | | | | |

(See attachment no. 9)

**10. Anticipated Hrs. of Work Per Week** 48

Normal Hours Per Day:
- Sun 0    Thu 8
- Mon 8    Fri 8
- Tue 8    Sat 8
- Wed 8

**11. Job Specifications** (If additional space is needed, please use separate sheet of paper or reverse of form)

Involved in all activities related to packing harvested potatoes. Includes removing debris, floating potatoes to conveyor lines, monitoring grading and sorting machines, weighing and packing potatoes and placing boxes on pallets.
(See attachment for complete description.)

(See attachment no. 11)

**12. Location and Direction to Work Site**
East Highway 6, P.O. Box 879
Imperial, NE 69033

(See attach. no. 12)

**13. Board Arrangements**
Cooking facilities for workers to fix meals

(See attach. no. 13)

**14. Location and Description of Housing**
Location is at work site.

Employer assures the availability of no cost or public housing which meets the full set of applicable standards. (See attach. no. 14)

**Number and Capacity of Housing Units**

| | Barracks | | Family Units | | Single Rooms | |
|---|---|---|---|---|---|---|
| | No. | Total Cap. | No. | Total Cap. | No. | Total Cap. |
| | 4 | 52 | | | | |

Authorized Capacity: 52

**15. Referral Instructions**

(See attach. no. 15)

**16. Collect Calls Accepted** — Yes / No
- By Employer
- by Order Holding Office

**17. Transportation Arrangements**

(See attach. no. 17)

**18. Distribution of Clearance Order**

**19. Address of Order Holding Office** (including Telephone Number)
Nebraska Workforce Development
550 S. 16th St., Box 94600, Lincoln, NE 68509-4600
(402) 471-2693

**20. Employer's Certification:** This job order describes the actual terms and conditions of the employment being offered by me and contains all the material terms and conditions of the job.

Signature

Name of Agency Representative (Including Telephone Number)
Madri Bhadi (402) 471-2693

Title: President

Replaces Form MA 7-90 which is obsolete

ETA 790 (R Jan 1981)

FVP-00011

## Frenchman Valley Produce, Inc.

## ATTACHMENTS TO ETA-790 – AGRICULTURAL AND FOOD PROCESSING CLEARANCE ORDER

### Packer, Agricultural Produce

The employer agrees to abide by the assurances required at 20 CFR Part 655, Subpart B, including the regulations at 20 CFR 655.103 and 20 CFR 653.501. This Clearance Order describes the actual terms and conditions of the employment being offered by Frenchman Valley Produce, Inc. and contains all the material terms and conditions of employment.

### Item 8. Number of Workers Requested

The employer's total seasonal workforce need is 20 full-time workers for the period of employment specified in this Clearance Order.

### Item 9. Wage Rates - Special Pay Information and Deductions

Produce packers will be paid at the applicable Adverse Effect Wage Rate for Nebraska, which, at the time this Clearance Order is filed, is $ 8.53 per hour. If, during the period of employment covered by this Clearance Order, a higher Adverse Effect Wage Rate for Nebraska is established by the U.S. Department of Labor, the employer will pay workers in this occupation such higher rate, beginning on the effective date of such higher Adverse Effect Wage Rate. If, during the period of employment covered by this Clearance Order, a lower Adverse Effect Wage Rate for Nebraska is established by the U.S. Department of Labor, the employer may, at the employer's discretion, pay a rate not less than such lower Adverse Effect Wage Rate, beginning on the effective date of such lower Adverse Effect Wage Rate.

Workers will be paid bi-weekly by check. The pay period begins on Thursday and ends on the second Wednesday following. The employer will make the following deductions: FICA (if applicable); Federal income tax withholding (if applicable); long-distance telephone charges incurred by the worker (if any); recovery of any loss to the employer due to damage (beyond normal wear and tear) or loss of equipment, housing or furnishings caused by the worker (if any); and deductions expressly authorized by the worker in writing (if any). No deductions except those required by law will be made which bring the worker's earning for any pay period below the applicable statutory Federal or state minimum wage.

The employer will furnish to the worker on each payday (the Friday after the end of the pay period) a written statement of the worker's total earnings for the pay period, the worker's hourly rate of pay, the hours of work offered to the worker (broken out by hours offered in accordance with and over and above the three-quarters guarantee), the total hours actually worked by the worker, and an itemization of all deductions made from the worker's wages.

The employer will comply with the wage provisions of 20 CFR 655.102 and 107.

FVP-00012

All employees will be covered by workers compensation insurance in accordance with Nebraska State law. This insurance provides payment of medical benefits and time loss payments when an employee is accidentally injured on the job.

Employees are provided Unemployment Insurance coverage credit in accordance with Nebraska law for agricultural employers.

**Item 10. Anticipated Hours of Work Per Week.**

The scheduled work week is 48 hours, consisting of 8 hours per day Monday through Saturday. Workers may receive less work, or be requested to work more hours in any given day, depending upon crop or weather conditions and/or market demand. Work hours available usually exceed 50 hours for two to three weeks at the end of September, however, such additional work is not guaranteed. Workers may be requested, but will not be required, to work on the worker's Sabbath and/or on Federal holidays.

This is regular, full time work requiring the worker to be available for work on a daily basis as needed. This is not "day work". Excessive tardiness and/or absences will not be tolerated and will result in disciplinary action.

The work day normally begins at 7:00 a.m., but may begin earlier or later on any given day. Workers will be instructed the previous evening if there is any change in the starting time. Workers are normally provided with a 10 minute break in the morning and afternoon, and an unpaid one hour lunch break.

The employer will provide United States workers referred through this Clearance Order with 48 hours of work for the week beginning with the anticipated date of employment set forth in Item 5, unless the employer amends the date of need in accordance with 20 CFR §653.501(d)(2)(v). The employer may require the worker to perform alternative work if this guarantee is invoked and the work described in this Clearance Order is not available. Alternative work will include any available field work, general farm labor and farm maintenance activities, including mending, repair, maintenance or preparation of fences, housing and other farm buildings, and equipment. If a worker referred on this Cleanance Order fails to notify the order-holding office of continued interest in the job between 9 and 5 working days before the date of need, the worker will be disqualified from above assurance.

The employer guarantees to offer the worker employment for at least three-quarters of the workdays of the period of employment set forth in Item 5, and all extensions thereof, beginning with the first workday the worker is at the employer's farm and is ready, willing, able and eligible to work, and ending on the expiration date shown in Item 5 or any extension thereof. For the purposes of this guarantee a workday shall mean 8 hours Monday through Saturday and shall exclude the worker's Sabbath and Federal holidays. The worker may, however, be offered more hours of work than listed above, and may be offered work on the worker's Sabbath and on Federal holidays.

FVP-00013

-2-

If the employer fails to provide the worker with the amount of work required under this guarantee, the employer will pay the worker the amount the worker would have earned had the worker worked for the guaranteed number of workdays. In determining whether the period of guaranteed employment has been met, the employer will count all hours of work actually performed (including hours over 8 in a day voluntarily worked and hours voluntarily worked on the worker's Sabbath and on Federal holidays), and any hours which the worker fails to work, up to a maximum of 8 hours on Monday through Saturday when the worker has been offered an opportunity to work.

If the worker voluntarily abandons employment before or is terminated for cause before the ending date of employment set forth in Item No. 5, the worker will forfeit the guarantee set forth above.

If, before the ending date of the period of employment set forth in Item 5, the services of the worker are no longer required for reasons beyond the control of the employer due to fire, hurricane, adverse crop conditions or other Act of God which makes the fulfillment of the anticipated period of employment impossible, the employer may terminate the worker's employment. In the event of such termination, the employer will fulfill the above guarantee for the period that has elapsed from the first workday the worker is at the employer's farm and is ready, willing, able and eligible to work, until the date employment is terminated. In such cases the employer will make efforts to transfer the worker to other comparable employment acceptable to the worker. If such transfer is not effected, the employer will offer to return the worker at the employer's expense, to the place from which the worker, disregarding intervening employment, came to work for the employer.

**Item 11. Job Specifications.**

Workers perform any of the following tasks involved in packing harvested potatoes: Sit or stand at conveyor belts on harvesting machine in field or at cleaning station at packing house observing potatoes and removing plant debris, stones and other foreign material and cull or damaged potatoes as potatoes move along conveyor, according to specifications of the supervisor. Clean debris from area around conveyors. Inside the storage shed, use low pressure hoses to float cooled potatoes into packing area, moving cooling equipment and adjusting flume as necessary to assure even flow of potatoes. Sit or stand at conveyor feeding potatoes from flume into grading and sorting equipment for further removal of foreign matter and cull potatoes. Sit or stand at conveyor to monitor potatoes according to grade, color, and size and discard culls and any remaining foreign matter. Check that packages have required weight and add or subtract produce to obtain specified weight. Pack specified number of smaller bags into approximately 50 lb units. Operate in pairs to stack 100 lb bags of potatoes onto pallets in such a way that pallet is stable. Clean up potatoes and debris from around work area as necessary during the work day and at the end of the work day.

Daily individual and/or crew work assignments will be made by and at the sole discretion of the employer as the needs of the packing operation dictates. Workers must perform the assigned work, and may not switch work assignments without the specific authorization of the designated supervisor. Workers may be assigned to a variety of tasks in any given day and/or to

FVP-00014

- 3 -

different tasks on different days. Workers are rotated among activities to relieve boredom, avoid potential repetitive motion problems and increase efficiency. Workers will be expected to perform any and all of the listed tasks, as assigned by the worker's designated supervisor, for at least two hour intervals.

Qualifications: Must be able to work outdoors in dusty and dirty conditions, in extremes of heat and cold, and in inclement weather. Must be able to stand for entire day with limited breaks as described in item 10. Must be able to lift and carry loads of up to 50 pounds for short distances. Must be able to understand and follow simple instructions of supervisors. No prior experience is required.

Employer will comply with all worker protection standards and re-entry restrictions applicable to pesticides and other chemicals used in fields.

Frenchman Valley Produce, Inc. has established a reputation for shipping quality produce. This is a very demanding and competitive business in which quality specifications must be rigorously adhered to. Sloppy work can not and will not be tolerated.

Instructions and general supervision will be provided by a designated lead worker or company supervisor. Workers will be expected to perform their general duties in a timely and proficient manner without close supervision.

The employer may discipline the worker, including requiring the worker to leave the field or shed ("time out") for a period determined by the supervisor, suspension from employment, or termination of employment as described in the Frenchman Valley Produce, Inc Worker Rules.

Workers must not report for work, enter the work site or perform service while under the influence of or having used alcohol or any illegal controlled substance. The possession or use of illegal drugs or alcohol on Company property will be cause for termination. Workers must not report for work, or perform services, while under the influence of, or impaired by, prescription drugs, medications or other substances that may in any way adversely affect their alertness, coordination, reaction response or safety.

All tools and equipment necessary to perform required tasks will be provided by the employer at no cost to the worker. Workers will be charged for willful damage or loss to such tools or equipment.

**Item 12. Location and Directions to Work Site.**

Frenchman Valley Produce, Inc. is located outside Imperial, Nebraska. From the junction of highways 6 and 61 in downtown Imperial, take U.S. Highway 6 east for ¼ mile. The major work location is at the company headquarters and nearby fields. The address for company headquarters is: East Hwy 6, PO Box 879, Imperial, NE 69033

FVP-00015

**Item 13. Board Arrangements.**

The employer will provide kitchen facilities for workers occupying employer-provided housing to prepare their own meals. Employer will make available, at no cost to the worker, transportation to and from a grocery store at least once each week.

**Item 14. Location and Description of Housing.**

Housing is located within 100 yards of the company headquarters, ¼ mile east of Imperial, Nebraska on Highway 6.

The employer will provide housing and bedding at no cost to workers who are not reasonably able to return to their usual place of residence each day. Housing will be provided to workers only. No housing for nonworkers is available. Workers will be assigned to housing by the employer or a designee, and must occupy the quarters assigned to them unless a change is authorized by the employer. Workers recruited under this Job Order from within normal commuting distance will not be provided with housing.

Women workers will be provided with sleeping facilities shared with other female workers and segregated toilet facilities. Dining and other common areas may be shared among all workers.

No tenancy in employer provided housing is created by this arrangement. The employer retains possession and control of the housing premises at all times. Workers provided housing under the terms of this clearance order shall vacate the housing promptly upon termination of employment with Frenchman Valley Produce, Inc.

Housing will be clean and in compliance with applicable standards or local rental housing standards when made available for occupancy. Workers occupying employer-provided housing will be responsible for maintaining the housing and their living areas in a neat, clean manner and for compliance with the employer's "Labor Camp Rules and Regulations" which will be provided upon assignment to housing. Failure to comply with these rules will result in disciplinary action as described in the Worker Rules. Reasonable repair costs of damage other than that caused by normal wear and tear will be deducted from the earnings of workers found to have been responsible for willful or negligent damage to housing or furnishings.

Workers entitled to housing may choose not to occupy housing provided by the employer by signing a form declining that housing. The worker retains their right to no cost housing if they change their mind.

Mail intended for workers occupying employer-provided housing should be addressed to the worker in care of Frenchman Valley Produce, Inc.

In case of emergency only, workers occupying employer-provided housing may be contacted by calling (308)882-4243 during normal business hours or (308)882-4652 after office hours.

FVP-00016

Housing is barracks style with two buildings which each contain 2 units with sleeping, living, eating, washing and toilet facilities. Cooking facilities are provided in each of the four units for workers to prepare their own meals.

**Item 15. Referral Instructions.**

Referrals will be accepted from local Job Service offices only. All applicants should be thoroughly familiarized with the job specifications and terms and conditions of employment before a referral is made. Only workers meeting all the qualifications for employment and who are able, willing and qualified to perform the work, who are eligible for employment in the United States, and who will be available at the time and place needed, should be referred to Frenchman Valley Produce, Inc., telephone 308-882-4243.

*Note*

Documentation of identity and employment authorization sufficient to complete an I-9 Form as required by the Immigration Reform and Control Act must be in the possession of the worker at the time the worker reports for work, and will be examined by the employer as a condition for completing the hiring process. Referring local offices should fully apprise workers of this requirement and how to fulfill it, and help to assure that workers referred on this order are legally entitled to work in the United States and possess the necessary documents to complete an 1-9 Form.

**Item 16. Collect Telephone calls.**

Collect telephone calls will be accepted by the employer at the telephone number listed in Item No. 15 from Job Service placement personnel of applicant holding offices only Monday through Friday from 8:00 a.m. to 5:00 p.m. Collect telephone calls will not be accepted from individual applicants. Applicants should be thoroughly screened as requested in Item No. 15 before referring officials place collect telephone calls.

*Note*

**Item 17. Transportation Arrangement.**

For workers who complete 50 percent of the work period, the employer will reimburse the worker for costs incurred by the worker for transportation and reasonable subsistence from the place from which the worker came to work for the employer to the place of employment. Subsistence will be $12 per day without documentation, and in accordance with the current Federal Register notice for workers with receipts. The amount of the reimbursement for transportation shall be the worker's actual cost, but no more than the most economical and reasonable similar common carrier transportation charges for the distance involved. If the worker completes the period of employment, the employer will provide or pay for the worker's transportation and reasonable subsistence from the place of employment to the place from which the worker came to work for the employer.

For the purposes of the above reimbursement, the "period of employment" shall be the period from the first workday the worker is at the employer's farm and is ready, willing, able and eligible to work until the anticipated ending date of employment set forth in Item #5.

FVP-00017

Reimbursement of inbound and return transportation costs applies only to persons recruited from outside normal commuting distance.

Return transportation will not be provided to workers who voluntarily abandon employment before the end of the employment period or who are terminated for cause.

The employer will provide transportation at no cost to the worker from the employer provided housing to the worksite and return on a daily basis. Such transportation will be in accordance with applicable laws and regulations. The use of this transportation is voluntary; no worker will be required as a condition of employment to utilize the transportation offered by the employer.

If a sufficient number of able, willing, qualified and eligible workers are available in a single locality at the same time to come to work for the employer, the employer will arrange bus transportation at the most economical rate attainable for such workers. However, workers will be responsible for paying the cost of such in-bound transportation and subsistence, if applicable.

**Item 19. Workers Questions**

Workers who have questions about this order may call the telephone number listed for the order holding office in Item 19 of this Clearance Order.

FVP-00018

- 7 -