STATE OF TEXS  §
                §
COUNTY OF TRAVIS §

### AFFIDAVIT OF NATHANIEL NORTON

1. My name is Nathaniel Norton, and I reside in Austin, Travis County, Texas. I am over the age of eighteen and am fully competent to testify to the facts contained in this affidavit.

2. I represent the Plaintiffs in <u>Alvarez-Carillo, et al. v. Frenchman Valley Produce, Inc., et al.</u>, C.A. B-04-122.

3. Plaintiffs have diligently attempted to secure information concerning the identity of the agricultural workers employed by Defendants in 2003 and the identity of persons who have recruited, solicited, hired, furnished, employed, or transported agricultural workers for Defendants in the past.

4. The information sought is entirely, or almost entirely within the custody, control, or possession of the Defendants, their supervisors, and their current or former employees.

5. This information is the subject of Plaintiffs' pending Motion to Compel.

6. This information is necessary for Plaintiffs to rebut Defendants' putative showing of absence of material fact on the issues that are the subject of Defendants' Motion for Partial Summary Judgment.

7. Postponing a ruling on the Defendants' Motion for Partial Summary Judgment would allow Plaintiffs to secure a ruling on their Motion to Compel, secure compelled documentary evidence rebutting Defendants' allegations, interview witnesses identified by the compelled responses, learn who recruited, solicited, hired, furnished, employed, or transported each of Defendants' agricultural employees and who has performed these activities on behalf of Defendants in the past, secure affidavits from these witnesses, and allow Plaintiffs to conduct depositions of Defendants and other witnesses while being relatively informed and prepared.

8. I believe the information sought will create a fact issue as to whether Defendants are entitled to the family business exemption to the AWPA or will prove as a matter of law that they are not entitled to the exemption.

I declare under penalty of perjury that the forgoing is true and correct.

Executed on 5/12/05         _____
                            Nathaniel Norton