UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Ruben Alvarez-Carillo, Jorge Sauceda, and Juana Hernandez Vasquez | § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. B-04-122 |
| v. | § § | |
| Frenchman Valley Produce, Inc. and Tammy May, | § § § | JURY TRIAL REQUESTED |
| Defendants. | § | |

ORDER

On this day the Court considered Plaintiffs' Rule 56(f) Motion for Continuance. After due consideration the Court finds that it should be GRANTED. Accordingly, the Court GRANTS Plaintiffs a continuance and sets their deadline to file a response to Defendant's motion for partial summary judgment for _____.

Done in Brownsville, Texas, on this _____ day of _____, 2005.

_____
U.S. MAGISTRATE JUDGE
JOHN WM. BLACK