UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Ruben Alvarez-Carillo, Jorge Sauceda, and Juana Hernandez Vasquez | § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. B-04-122 |
| v. | § § § | |
| Frenchman Valley Produce, Inc. and Tammy May, | § § § | JURY TRIAL REQUESTED |
| Defendants. | § § | |

ORDER

On this day the Court considered Plaintiffs' Rule 56(f) Motion for Continuance. After due consideration the Court finds that it should be GRANTED. Accordingly, the Court DENIES Defendant's Motion for Partial Summary Judgment without prejudice to refile after July 20, 2005.

Done in Brownsville, Texas, on this _____ day of _____, 2005.

_____
U.S. MAGISTRATE JUDGE
JOHN WM. BLACK