UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Ruben Alvarez-Carillo, Jorge Sauceda, and Juana Hernandez Vasquez § § § | | |
| Plaintiffs, § | | CIVIL ACTION NO. B-04-122 |
| v. § § § | | |
| Frenchman Valley Produce, Inc. and Tammy May, § § § | | JURY TRIAL REQUESTED |
| Defendants. § | | |

## SUPPLEMENT TO PLAINTIFFS' OPPOSED RULE 56(f) MOTION FOR A CONTINUANCE AND REQUEST FOR EXPEDITED HEARING

Plaintiffs file this Supplement to Plaintiffs' Opposed Rule 56(f) Motion for a Continuance and Request for Expedited Hearing, and respectfully show the Court as follows:

1. On May 12, 2005, Plaintiffs filed their Opposed Rule 56(f) Motion for a Continuance and Request for Expedited Hearing. Plaintiffs attached one exhibit, Exhibit A, to that motion.

2. Plaintiffs inadvertently neglected to attach Exhibit B to their motion.

3. Therefore, Plaintiffs hereby supplement their Opposed Rule 56(f) Motion for a Continuance and Request for Expedited Hearing with the attached Exhibit B.

Respectfully submitted,

s/ Jennifer Smith
Texas Bar No. 24037514
S.D. No. 36274
Co-Counsel for Plaintiffs

TEXAS RIOGRANDE LEGAL AID, INC.
300 S. Texas Blvd.
Weslaco, Texas 78586
Telephone: (956) 968-6574
Facsimile: (956) 968-8823

CERTIFICATE OF SERVICE

I hereby certify that on 12th day of May, 2005, a true and correct copy f the foregoing Motion was sent First Class U.S. Mail to counsel of record, Mr. Mark Ralls, at

Gonzalez Hoblit Ferguson, L.L.P.
One Riverwalk Place
700 N. St. Mary's Street, Suite 1800
San Antonio, TX 78205

s/ Jennifer Smith