UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| Ruben Alvarez-Carillo, Jorge Sauceda, and Juana Hernandez-Vasquez §§§§ Plaintiffs, § § v. § § Frenchman Valley Produce, Inc. and Tammy May, § § Defendants. § | CIVIL ACTION NO. B-04-122 JURY TRIAL REQUESTED |

### DEFENDANT FRENCHMAN VALLEY PRODUCE, INC.'S ANSWERS AND OBJECTIONS TO PLAINTIFFS FIRST SET OF REQUESTS FOR ADMISSIONS

TO:   Plaintiffs Ruben Alvarez-Carillo, Jorge Sauceda, and Juana Hernandez-Vasquez, by and through their attorneys of record, Nathaniel Norton, Texas Rural Legal Aid, 300 South Texas, Weslaco, TX 78596

Pursuant to the provisions of the Federal Texas Rules of Civil Procedure, Defendant Frenchman Valley Produce, Inc. ("Frenchman Valley"), by and through its attorney of record, serves these objections and responses to Plaintiffs' First Set of Requests for Admissions to Defendant.

1


EXHIBIT B

**REQUEST FOR ADMISSION NO. 28**

Please admit that you employed at least one H-2A guestworker on August 11, 2003.

**RESPONSE:**
Defendant objects that this request is utterly irrelevant to any issues in this suit, is not calculated to lead to the discovery of admissible evidence. Subject to the foregoing, Denied.

**REQUEST FOR ADMISSION NO. 29**

Please admit that you employed at least one H-2A guestworker on August 18, 2003.

**RESPONSE:**
Defendant objects that this request is utterly irrelevant to any issues in this suit, is not calculated to lead to the discovery of admissible evidence. Subject to the foregoing, Denied.

**REQUEST FOR ADMISSION NO. 30**

Please admit that you employed at least one H-2A guestworker on August 25, 2003.

**RESPONSE:**

Defendant objects that this request is utterly irrelevant to any issues in this suit, is not calculated to lead to the discovery of admissible evidence. Subject to the foregoing, Admit.

**REQUEST FOR ADMISSION NO. 31**

Please admit that you employed at least one H-2A guestworker on September 1, 2003.

**RESPONSE:**

Defendant objects that this request is utterly irrelevant to any issues in this suit, is not calculated to lead to the discovery of admissible evidence. Subject to the foregoing, Admit.

**REQUEST FOR ADMISSION NO. 32**

Please admit that you employed at least one H-2A guestworker on September 8, 2003.

**RESPONSE:**

Defendant objects that this request is utterly irrelevant to any issues in this suit, is not calculated to lead to the discovery of admissible evidence. Subject to the foregoing, Admit.

**REQUEST FOR ADMISSION NO. 33**

Please admit that you employed at least one H-2A guestworker on September 15, 2003.