IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 13 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| RUBEN ALVAREZ-CARILLO, §<br>JORGE SAUCEDA, and §<br>JUANA HERNANDEZ VASQUEZ, §<br>    Plaitiffs, §<br>§<br>vs. §<br>§<br>FRENCHMAN VALLEY PRODUCE, INC.,and §<br>TAMMY MAY, §<br>    Defendants. § | CIVIL ACTION NO. B-04-122 |

## ORDER

On this day the Court considered Plaintiffs' Rule 56(f) Motion for Continuance. (Docket No. 22). After due consideration the Court finds that it should be **GRANTED**. Accordingly, the Court **GRANTS** Plaintiffs a continuance and sets their deadline to file a response to Defendant's Motion for Partial Summary Judgment for August 15, 2005.

Done at Brownsville, Texas, this 13th day of May, 2005.

John Wm. Black
United States Magistrate Judge