United States District Court
Southern District of Texas
ENTERED
MAY 13 2005
Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RUBEN ALVAREZ-CARILLO, | § | |
| JORGE SAUCEDA, and | § | |
| JUANA HERNANDEZ VASQUEZ, | § | |
| Plaitiffs, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-04-122 |
| | § | |
| FRENCHMAN VALLEY PRODUCE, INC.,and | § | |
| TAMMY MAY, | § | |
| Defendants. | § | |

## ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DISCOVERY

On this day came to be considered Plaintiffs' Motion to Compel Discovery in the above-styled action. After due consideration, the Court finds that Plaintiffs are entitled to the relief sought pursuant to Fed. R. Civ. P.37. Accordingly, the Court **ORDERS**:

   A. that Defendant Frenchman Valley Produce, Inc. shall respond
      fully to Interrogatories 1, 4, 8, and 11;

   B. That Defendant Tammy May shall respond fully to Interrogatories
      1, 4, and 15;

   C. That Defendant Frenchman Valley Produce, Inc.'s produce
      documents in response to Requests 8, 14, 15, 20, and 21;

   D. That Defendant Tammy May's shall produce documents in
      response to Requests 8, 14, 15, 21, and 22.

   E. That Defendant Frenchman Valley Produce, Inc's shall produce
      documents responsive to Requests 2, 3, 4, 5, 6, 7, 8, 10, 16, 19,
      23, 24, or alternatively, shall clarify whether responsive documents
      are being withheld to each of these requests; and

   F. That Defendant Tammy May's shall produce documents
      responsive to Requests 2, 3, 4, 5, 6, 7, 8, 10, 16, 19, 23, and 24,
      or alternatively, shall clarify whether responsive documents are
      being withheld to each of these requests.

The Court further **ORDERS** that these answers and documents shall be delivered by June 3, 2005. They shall be delivered to Plaintiffs' counsel at the offices of Texas RioGrande Legal Aid, Inc., 300 S. Texas Blvd., Weslaco, Texas 78596.

DONE in Brownsville, Texas, this 13th day of May, 2005.

_____
John Wm. Black
United States Magistrate Judge