UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Ruben Alvarez-Carillo, Jorge Sauceda, and Juana Hernandez Vasquez | § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. B-04-122 |
| v. | § § | |
| Frenchman Valley Produce, Inc. and Tammy May, | § § § | JURY TRIAL REQUESTED |
| Defendants. | § § | |

## NOTICE OF SETTLEMENT AND
## PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DICSCOVERY DEADLINE

NOW COME Plaintiffs Ruben Alvarez-Carillo *et al.*, and file this Notice of Settlement and Motion to Extend Discovery Deadline and would show the Court as follows:

1. On or about June 9, 2005, prior to the completion of discovery in this matter, Plaintiffs agreed to settle their claims against Defendants in exchange for a sum of money.

2. As of the date of this pleading, Plaintiffs and Defendants have not yet agreed to the specific terms to be contained in a Settlement Agreement.

3. By Order of the Court, the parties are to complete all discovery on or before July 15, 2005.

4. Plaintiffs anticipate that they will be able to finalize the settlement and file a Motion to Dismiss by August 26, 2005.

In light of the facts outlined above, Plaintiffs request that the discovery deadline be extended to August 26, 2005 in order to give the parties additional time to finalize the Settlement of this matter.

Respectfully submitted,

s/ Jennifer Smith
Texas Bar No. 24037514
S.D. No. 36274
Co-Counsel for Plaintiffs

TEXAS RIOGRANDE LEGAL AID, INC.
300 S. Texas Blvd.
Weslaco, Texas 78586
Telephone: (956) 968-6574
Facsimile: (956) 968-8823

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with Mark Ralls and he informed me that he is not opposed to the relief sought in this motion.

s/ Jennifer Smith

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of July, 2005, a true and correct copy f the foregoing Motion was sent to counsel of record, Mr. Mark Ralls, as follows:

Gonzalez Hoblit Ferguson, L.L.P.
One Riverwalk Place
700 N. St. Mary's Street, Suite 1800
San Antonio, TX 78205
Fax: (210) 226-1544

s/ Jennifer Smith