UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Ruben Alvarez-Carillo, Jorge Sauceda, and Juana Hernandez Vasquez | § § § | |
| Plaintiffs, | § | CIVIL ACTION NO. B-04-122 |
| v. | § § § | |
| Frenchman Valley Produce, Inc. and Tammy May, | § § § | JURY TRIAL REQUESTED |
| Defendants. | § § | |

**ORDER**

On this day Plaintiffs' Unopposed Motion to Extend Discovery Deadline came to be considered by the Court. The Court finds there is good cause therefore, and the Motion is hereby GRANTED.

It is hereby ORDERED that the discovery deadline previously set by this court shall be extended to the _____ day of _____, 2005.

Signed this _____ day of _____, 2005.

_____
United States District Judge