United States District Court
Southern District of Texas
ENTERED

JUL 21 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Ruben Alvarez-Carillo, Jorge Sauceda, and Juana Hernandez Vasquez | § § § § | |
| Plaintiffs, | § | CIVIL ACTION NO. B-04-122 |
| v. | § § | |
| Frenchman Valley Produce, Inc. and Tammy May, | § § § | JURY TRIAL REQUESTED |
| Defendants. | § | |

## ORDER

On this day Plaintiffs' Unopposed Motion to Extend Discovery Deadline came to be considered by the Court. The Court finds there is good cause therefore, and the Motion is hereby GRANTED.

It is hereby ORDERED that the discovery deadline previously set by this court shall be extended to the 26th day of August, 2005.

Signed this 21st day of July, 2005.

_____
United States Magistrate Judge