UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RUBEN ALVAREZ-CARILLO, JORGE SAUCEDA, AND JUANA HERNANDEZ-VASQUEZ | § § § § | |
| PLAINTIFFS, | § § | CIVIL ACTION No. B-04-122 |
| v. | § § | |
| FRENCHMAN VALLEY PRODUCE, INC., AND TAMMY MAY | § § § § | |
| DEFENDANTS. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**ON THIS DAY**, came on to be heard the parties Stipulation of Dismissal with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. The Court, after considering the Stipulation, the pleadings, and the record, is of the opinion that the Stipulation of Dismissal with Prejudice should be **GRANTED**.

**IT IS THEREFORE ORDERED AND DECREED** that:

1. This case is **DISMISSED WITH PREJUDICE.**

**SIGNED AND ENTERED** this _____ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

**TEXAS RIOGRANDE LEGAL AID, INC.**
300 South Texas Blvd
Weslaco, TX 78596
Telephone: (956) 968-6574
Facsimile: (956) 968-8823


By: *Nathaniel Norton*    w/ permission by Jennifer Smith
NATHANIEL NORTON              State Bar No. 24037514
State Bar No. 24037196        Federal Bar No. 36274

**ATTORNEY FOR PLAINTIFFS,**
**RUBEN ALVAREZ-CARILLO,**
**JORGE SAUCEDO, and**
**JUANA HERNANDEZ-VASQUEZ**



**GONZALES HOBLIT FERGUSON LLP**
One Riverwalk Place
700 North St. Mary's Street
Suite 1800
San Antonio, Texas 78205
Telephone: (210) 224-9991
Facsimile: (210) 226-1544

By: _____
N. MARK RALLS
State Bar No. 16489200
Federal Bar No. 24392

**ATTORNEY FOR DEFENDANTS,**
**FRENCHMAN VALLEY PRODUCE, INC.**
**and TAMMY MAY**